<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

─────────────

**No. 99-2674**

─────────────

LAWRENCE VERLINE WILDER, SR.,

                              Plaintiff - Appellant,

        versus

BALTIMORE COUNTY MARYLAND DISTRICT COURT,

                              Defendant - Appellee.

─────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-99-3587-S)

─────────────

Submitted: March 23, 2000          Decided: March 29, 2000

─────────────

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Lawrence Verline Wilder, Sr., Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lawrence Verline Wilder, Sr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Wilder v. Baltimore County Maryland District Court</u>, No. CA-99-3587-S (D. Md. Dec. 6, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>